COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS FOR EXTENSION AND REHEARING

Appellate case name:        William A. Baldwin v. LPP Mortgage LTD.

Appellate case number:    01-15-00020-CV

Trial court case number:    2010-22793

Trial court:               295th Judicial District Court of Harris County

       The panel has voted to **grant** appellant's motion for enlargement of time to file a motion for rehearing, construed as a motion for an extension of time to file a motion for rehearing. The panel has voted to **deny** appellant's motion for rehearing of the Court's Memorandum Opinion issued on June 30, 2015.

       It is ordered that the motion for rehearing is **denied**.

Judge's signature:  /s/ Laura Carter Higley
                        ☒  Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Higley and Massengale

Date:  August 18, 2015